# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD JAFOUR KHAN,<br><br>Petitioner,<br><br>v.<br><br>LORETTA LYNCH, ET AL.<br><br>Respondents. | Case No. SA CV 15-2148 R (MRW)<br><br>**ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL**<br><br>**FRCP 41(a)(2)** |

    This is a habeas action commenced by an individual formerly in immigration custody. After the initiation of the case, the government filed a notice indicating that Petitioner had been released from custody on an order of supervision. (Docket # 6.) Magistrate Judge Wilner solicited the view of Petitioner as to whether he agreed that the action was now moot. (Docket # 7.) Petitioner subsequently asked to "withdraw his petition" with the ability to file a new action in the future. (Docket # 9.)

The Court construes Petitioner's response as a request for voluntary dismissal of the action under Federal Rule of Civil Procedure 41(a)(2). The request is GRANTED. The action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: 2-11-2016

HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE